**PELTON & ASSOCIATES, PC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 901
New York, New York 10006
Telephone: (212) 385-9700

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHANG HAI JUN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>-against-<br><br>NEW OZEN ASIAN FUSION CUISINE INC., OZEN ASIAN FUSION CUISINE INC., HANG BO LIN, LING LIN and QIU JIAN LIN, Jointly and Severally,<br><br>     Defendants. | ECF Case<br><br>11 Civ. 7357 (JMF) |

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL
### OF THE SETTLEMENT AND ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of the Settlement and Attorneys' Fees and Costs, the Declaration of Brent E. Pelton, and the supporting exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) Approving the parties' settlement agreement and release of claims in the above-referenced action; and

(2) Awarding attorneys' fees and reimbursement of reasonable litigation costs and expenses to Plaintiff's counsel.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: March 15, 2013
      New York, New York                    Respectfully submitted,

                                              PELTON & ASSOCIATES, PC

                                              By:   /s/ *Brent Pelton*
                                              Brent E. Pelton (BP 1055)
                                              Taylor B. Graham (TG 9607)
                                              111 Broadway, Suite 901
                                              New York, New York 10006
                                              Telephone: (212) 385-9700
                                              Facsimile: (212) 385-0800

                                              *Attorneys for Plaintiff*